```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                       Civil Action 14 - 7936

164 CHESTNUT STREET,
ENGLEWOOD CLIFFS, NEW JERSEY;

5506 INSPIRATION TERRACE,
BRADENTON, FLORIDA

465 BRICKELL AVENUE,
UNIT 4002
MIAMI, FLORIDA

465 BRICKELL AVENUE
UNIT 4001
MIAMI, FLORIDA

1740 TAYLOR AVENUE
BRONX, NEW YORK

ONE 2009 BENTLEY CONTINENTAL
FLYING SPUR SEDANN
VIN # SCBBP93W39C061317

                Defendants In Rem.
------------------------------------------X
```

**RECEIVED FEB 04 2015** AT 1:42 p.m. WILLIAM T. WALSH, CLERK

## VERIFIED CLAIM OF MELVIN FELIZ

1. **Claimant**

   Melvin Feliz
   164 Chestnut Street
   Englewood Cliffs, New Jersey 07632

2. **Specific Property Claimed**

   -The real property located at 164 Chestnut

1

Street, Englewood Cliffs, New Jersey, the record owner of which is Keila Ravelo.
-The real property located at 465 Brickell Avenue, Unit 4002, City of Miami, County of Miami-Dade, Florida, the record owner of which is Keila Ravelo.

-The real property located at 465 Brickell Avenue, Unit 4001, City of Miami, County of Miami-Dade, Florida, the record owner of which is Keila Ravelo.

-The real property located at 1740 Taylor Avenue, New York City, Bronx County, New York, the record owner of which is Melvin Feliz.

-One 2009 Bentley Continental Flying Spur Sedan, VIN # SCBBP93W39C061317.

3. **Interest of Claimant in Property**

-Melvin Feliz claims a legal and equitable marital interest in the real property located at 164 Chestnut Street, Englewood Cliffs, New Jersey.

-Melvin Feliz claims a legal and equitable marital interest in the real property located at 465 Brickell Avenue, Unit 4002, City of Miami, County of Miami-Dade, Florida.

-Melvin Feliz claims a legal and equitable marital interest in the real property located at 465 Brickell Avenue, Unit 4001, City of Miami, County of Miami-Dade, Florida.

-Melvin Feliz is the record owner of the real property located at 1740 Taylor Avenue, New York City, Bronx County, New York.

    -Melvin Feliz claims a legal and equitable marital interest in one 2009 Bentley Continental Flying Spur Sedan, VIN # SCBBP93W39C061317.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

    This 4th day of February, 2015.

                                                  MELVIN FELIZ
                                                  Claimant

## AFFIDAVIT OF SERVICE

I hereby certify that on February 4, 2015 I served the enclosed Verified Claim on counsel for the United States Government by personal service, hand delivery, at The United States Attorney Office, 970 Broad Street 7th Floor, Newark, New Jersey.

Patrick Joyce
4 West South Orange Avenue
South Orange, New Jersey 07079
973-324-2711