IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>164 CHESTNUT STREET, ENGLEWOOD CLIFFS, NEW JERSEY;<br><br>5506 INSPIRATION TERRACE, BRADENTON, FLORIDA;<br><br>465 BRICKELL AVENUE, UNIT 4002, MIAMI, FLORIDA;<br><br>465 BRICKELL AVENUE, UNIT 4001, MIAMI, FLORIDA;<br><br>1740 TAYLOR AVENUE, BRONX, NEW YORK; AND<br><br>ONE 2009 BENTLEY CONTINENTAL FLYING SPUR SEDAN, VEHICLE IDENTIFICATION NUMBER SCBBP93W39C061317,<br><br>Defendants *In Rem.* | CIVIL ACTION 14-7936 |

## VERIFIED CLAIM OF KEILA RAVELO

1. **Claimant**

   Keila Ravelo
   164 Chestnut Street
   Englewood Cliffs, New Jersey 07632

## 2. Specific Property Claimed

- The real property located at 164 Chestnut Street, Englewood Cliffs, New Jersey, the record owner of which is Keila Ravelo.

- The real property located at 465 Brickell Avenue, Unit 4002, City of Miami, County of Miami-Dade, Florida, the record owner of which is Keila Ravelo.

- The real property located at 465 Brickell Avenue, Unit 4001, City of Miami, County of Miami-Dade, Florida, the record owner of which is Keila Ravelo.

- The real property located at 1740 Taylor Avenue, Borough of the Bronx, County of Bronx, the record owner of which is Melvin Feliz.

- One 2009 Bentley Continental Flying Spur sedan, Vehicle Identification Number (VIN) SCBBP93W39C061317.

## 3. Interest of Claimant in Property

- Keila Ravelo is the record owner of the real property located at 164 Chestnut Street, Englewood Cliffs, New Jersey.

- Keila Ravelo is the record owner of the real property located at 465 Brickell Avenue, Unit 4002, City of Miami, County of Miami-Dade, Florida.

- Keila Ravelo is the record owner of the real property located at 465 Brickell Avenue, Unit 4001, City of Miami, County of Miami-Dade, Florida.

- Keila Ravelo claims a legal and equitable marital interest in the real property located at 1740 Taylor Avenue, Borough of the Bronx, County of Bronx because it is a marital asset.

- Keila Ravelo is the registered owner of the 2009 Bentley Continental Flying Spur sedan, Vehicle Identification Number (VIN) SCBBP93W39C061317 automobile.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

This 4th day of February, 2015.

_____
KEILA RAVELO
Claimant