# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# COURT CASE NUMBER: 14-7936; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

The Real Property located at 164 Chestnut Street, Borough of Englewood Cliffs, County of Bergen, New Jersey, the record owner of which is Keila Ravelo (15-IRS-000117)

The Real Property located at 5506 Inspiration Terrace, City of Bradenton, County of Manatee, Florida, the record owner of which is Worldwide Life Design, LLC (15-IRS-000120)

The Real Property located at 465 Brickell Ave, Unit 4002, City of Miami, County of Miami-Dade, Florida, the record owner of which is Keila Ravelo (15-IRS-000121)

The Real Property located at 465 Brickell Ave, Unit 4001, City of Miami, County of Miami-Dade, Florida, the record owner of which is Keila Ravelo (15-IRS-000122)

The Real Property located at 1740 Taylor Avenue, Borough of the Bronx, County of Bronx, New York, the record owner of which is Melvin Feliz  (15-IRS-000123)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (January 24, 2015) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, Martin Luther King Federal Building & U.S. Courthouse, 50 Walnut Street, Room 4105, Newark, NJ 07101-0419, and copies of each served upon Assistant United States Attorney Marion Percell, 970 Broad Street,, Suite 700, Newark, NJ  07102, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.